United States District Court
Southern District of Texas
**ENTERED**
November 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADVANCED PUMPING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-209 |
| | § | |
| HAVEN CONTRACTING, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Joint Motion for Dismissal with Prejudice (D.E. 60), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 5th day of November, 2018.

Nelva Gonzales Ramos
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE